UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

NASHID ABDUL-ZAHIR, a/k/a,
PERCY KOLIN EDWARDS,                        Civil No. 06-2250 (JRT/JJG)

              Plaintiff,                **ORDER**

vs.

STEELE COUNTY, GARY RINGHOFER,
DAN SCHEMBER, PAM OTTO, RON
HAMMANN, and ANGELA ANDERSON,

              Defendants.

---

    Nashid Abdul-Zahir aka Percy Edwards, 210842, MCF Lino Lakes, 7525 Fourth Avenue, Lino Lakes, Minnesota 55014, plaintiff *pro se*.

    The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

    Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

    **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE.**

DATED: November 21, 2006
at Minneapolis, Minnesota.                        s/John R. Tunheim
                                                          JOHN R. TUNHEIM
                                                  United States District Judge